**LeClairRyan**
*A Professional Corporation*
One Riverfront Plaza
1037 Raymond Boulevard, 16th Floor
Newark, New Jersey 07102
(973) 491-3600
Attorneys for Plaintiff, Days Inns Worldwide, Inc.

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DAYS INNS WORLDWIDE, INC., a Delaware Corporation, | Civil Action No. 15-cv-1588(JLL)(JAD) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT BY DEFAULT** |
| AB LODGING, INC., a California Corporation; AMRAT PATEL, an individual; and BIPINCHANDRA PATEL, an individual, | |
| Defendants. | |

This matter having been opened to the Court by plaintiff, Days Inns Worldwide, Inc. ("DIW"), by its attorneys, LeClairRyan, seeking the entry of Final Judgment by Default against defendants, AB Lodging, Inc., Amrat Patel, and Bipinchandra Patel (collectively, the "Defendants"), pursuant to Fed. R. Civ. P. 55(b)(2); and it appearing that the Complaint in this matter was filed on March 3, 2015, seeking damages as a result of the breach of a license agreement between DIW and AB Lodging, Inc.; and service of the Summons and Complaint having been effectuated with respect to defendant Amrat Patel by personally serving a person at least 18 years of age in charge of his office or usual place of business in Stockton, California on March 16, 2015; and service of the Summons and Complaint having been effectuated with respect to defendant

Bipinchandra Patel by personally serving a person at least 18 years of age in charge of his office or usual place of business in Half Moon Bay, California on April 27, 2015; and service of the Summons and Complaint having been effectuated with respect to defendant AB Lodging, Inc. by serving its authorized representative via certified and regular mail on June 15, 2015; and it appearing that default was duly noted by the Clerk of the Court against defendants Amrat Patel and Bipinchandra Patel on June 17, 2015, and defendant AB Lodging, Inc. on July 8, 2015 for their failure to plead or otherwise defend in this action; and the Court having reviewed Plaintiff's unopposed papers; and good cause having been shown:

IT IS on this 17th day of August, 2015,

**ORDERED, ADJUDGED, AND DECREED** that DIW have judgment against Defendants, jointly and severally, in the total amount of $275,308.74 for Recurring Fees (principal plus prejudgment contractual interest).

_____
HONORABLE JOSE L. LINARES, U.S.D.J.